UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| BRIAN DAVID ROBERDS, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16-CV-150 SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM and ORDER

This case is before the Court on Roberds' 28 U.S.C. § 2255 petition asking that his 162-month sentence for conspiracy to distribute methamphetamine be set aside (#2). The sole basis for his request is that *Johnson v. United States*, 135 U.S. 2551 (2015) invalidated the classification of his prior Missouri conviction for unlawful use of a weapon as a crime of violence, and that as a result, he was mistakenly sentenced as a career offender under United States Sentencing Guidelines § 4B1.1. Since the petition was filed, the Supreme Court handed down *Beckles v. United States*, 137 S.Ct. 886 (2017), which effectively held that petitioner's unlawful use of a weapon conviction was indeed a crime of violence for sentencing guidelines purposes. Petitioner's counsel concedes the point.

Accordingly the petition is denied.

So ordered this 29th day of July, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE